UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 16 - 15436 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant, Angel L. Granby, by and through her attorney, Ronald G. McNeil, Esquire, has filed this Motion to Approve Settlement with the court to have it accept the proposed settlement of her personal injury claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 13, 2017, you or your attorney must do all of the following:
   a) file an answer explaining your position at the Clerk of the United States Bankruptcy Court, Robert N.C. Nix Building, Suite 400, 900 Market Street, Philadelphia, PA 19107-4229.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b) mail a copy to the movant's attorney:
   Ronald G. McNeil, Esquire   1333 Race Street
   Philadelphia, PA 19107-1585   (215) 564-3999 (t)   (215) 564-3537 (fx)
   r.mcneil1@verizon.net.

2. If you or your attorney do not take step described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, on March 30, 2017, at 9:30 a.m. in Courtroom 3, U.S. Bankruptcy Court, the Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107-4299.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408 - 2800 to find out whether the hearing has been canceled because no one filed an answer.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: February 27, 2017