

# Fine & Staud, LLC

## Distribution Sheet
## Angel Granby ~ #20330
## 3/07/2017

| | |
|---|---:|
| Total Amount Received | 15,000.00 |

Distribution

    Fee     5,250.00

    Expenditures
        Costs     352.24
        Medical     500.00
        Total Expenditures     852.24

    Total Fee and Expenditures     6,102.24

**Due to Client – Held in Escrow**     8,897.76

I approve the above distribution sheet and acknowledge receipt of copy of same.
I authorize payment in accordance therewith.
I have a copy of my Power of Attorney.

_____
                           Signature

_____
    Date

**Serving Clients Since 1958**