United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Angel L. Granby  
    Debtor

Case No. 16-15436-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 05, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.  
db          Angel L. Granby,    840 Kenmore Road,    Philadelphia, PA    19151-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:  
       DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com  
       RONALD G. MCNEIL    on behalf of Debtor Angel L. Granby r.mcneil1@verizon.net  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 16 - 15436 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## ORDER

AND NOW, this 5th day of April, 2017, upon consideration of Debtor's Motion to Approve Settlement, and any responses thereto, it is hereby ORDERED that

a) Debtor's Motion to Approve Settlement is GRANTED;

b) the proposed settlement is APPROVED;

c) Attorney's fees and costs are APPROVED for $ 6,102.24 ;

d) the Lawsuit attorney shall TURN OVER to the Trustee $ 3,791.36 to be administered consistent with Debtor's Chapter 13 Plan; and

e) Lawsuit attorney shall TURN OVER the remaining balance of $ 5,106.40 to Debtor as exempt proceeds.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Angel L. Granby
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: