# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15436-JKF

ANGEL L. GRANBY

840 KENMORE ROAD

PHILADELPHIA, PA 19151-3311

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANGEL L. GRANBY

  840 KENMORE ROAD

  PHILADELPHIA, PA 19151-3311

Counsel for debtor(s), by electronic notice only.

  RONALD G MCNEIL, ESQ
  MCNEIL LEGAL SERVICES
  1333 RACE ST
  PHILADELPHIA, PA 191071585

Date: 7/31/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee