UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No. 16 - 15436 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
|  | : | Hon. Jean K. FitzSimon |
|  | : | |

# ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of Trustee's Motion to Dismiss, and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to the 11 U.S.C. §349(b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in ¶6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's counsel have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed Chapter 13 Plan payments in his possession to Debtor pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT:

DATE:

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Angel L. Granby
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: