United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-15436-jkf
Angel L. Granby                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 21, 2017
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db             Angel L. Granby,    840 Kenmore Road,    Philadelphia, PA  19151-3311
13769489      +A.E.S./DDB/P.H.E.A.A.,     P.O. Box 8183,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13769490       DELCo - Office of Judical Support,     Government Center Bldg, Room 126,    201 W. Front Street,
                 Media, PA 19063-2768
13769491       Main Line Hospitals, Inc.,,     a/k/a, Lankenau Medical Center,    Patient Billing,
                 100 E. Lancaster Avenue, Suite 12,    Wynnewood, PA 19096-3400
13769492       Mercy Health System,    Patient Billing,    One West Elm Street, Suite 100,
                 Conshohocken, PA 19428-4108
13784524      +PHEAA,    PO BOX 8147,     HARRISBURG PA 17105-8147
13769493      +Pennsylvania Attorney General,    Civil Law Division,    Strawberry Square,
                 Harrisburg, PA 17120-0001
13769496      +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
                 Philadelphia, PA 19122-2806
13769499       Philadelphia Municipal Court,    Traffic/Administrative Judge,
                 800 Spring Garden Street, Rm 2nd FL,    Philadelphia, PA 19123-2690
13806484       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
13879306      +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13769500      +Verizon Wireless Services, LLC,    Bankruptcy Administration,    P.O. Box 3397,
                 Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:38      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:09      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13819392       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2017 01:45:36
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13836562       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2017 01:46:00
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13857951      +E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:38      CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13812425       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2017 01:45:59
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13769494       E-mail/Text: blegal@phfa.org Sep 22 2017 01:40:19      PA Housing Finance Agency,
                 211 N. Front Street,    P.O. Box 8029,    Harrisburg, PA  17105-8029
13769495       E-mail/Text: bankruptcygroup@peco-energy.com Sep 22 2017 01:39:59      PECo Energy Co.,
                 Bankruptcy Group,    2301 Market Street  # N3-2,    Philadelphia, PA 19103-1338
13769497      +E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:38      Philadelphia Law Department,
                 Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
13769498       E-mail/Text: equiles@philapark.org Sep 22 2017 01:40:49      Philadelphia Parking Authority,
                 Office of Chief Counsel,    701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          RONALD G. MCNEIL    on behalf of Debtor Angel L. Granby r.mcneill@verizon.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                          Chapter 13

16-15436-JKF        ANGEL L. GRANBY

           Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: September 21, 2017**

                                              JEAN K. FITZSIMON
                                              U.S. BANKRUPTCY JUDGE