UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 15436 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# CERTIFICATE OF SERVICE

Pursuant to this Court's September 21, 2017 Order, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of this Court's September 21, 2017 Order was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

Debtor

creditors listed on Matrix (12)

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

    /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: September 25, 2017